STATE OF NEW JERSEY v. FRANK T. MILLER.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ELIJA RICHE.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER DAVIS.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY WILLIAMS.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD TUDOR.

March 5, 1985.

Petition for certification denied.